No. 01–7473. GONZALEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 01–7509. SUAREZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7534. HEARN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–7544. ESPARAZA-GONZALEZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7582. SIMPSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–7660. ABSHIER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–7692. ZAPATA-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7700. WHITE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7733. ROBERTS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7752. THOMAS v. GLAXO WELLCOME, INC. C. A. 6th Cir. Certiorari denied.

No. 01–7953. BUTLER v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–7980. ALLEY v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8077. HARRELL v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 01–8079. HANSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–8080. FLEMMING v. DIEHL. C. A. 4th Cir. Certiorari denied.

No. 01–8084. HUNT v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.